[No. 11542–1–I. Division One. July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DOUGLAS LETELLIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81–1–01422–1, Francis E. Holman, J., entered April 1, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Scholfield, J.

[No. 10880–8–I. Division One. July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. SKIP JEFFERY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–1–00166–4, Jack S. Kurtz, J., entered September 24, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 9929–9–I. Division One. July 5, 1983.]

SPRINKLER INDUSTRY SUPPLEMENTAL PENSION FUND, *Respondent*, v. SUPERIOR FIRE PROTECTION COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 865135, Thomas Grimm, J. Pro Tem., entered February 19, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett and Scholfield, JJ.

[No. 12380–7–I. Division One. July 5, 1983.]

*In the Matter of the Personal Restraint of*
SALLY GEORGINA OFFIELD, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Callow, JJ.